IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01096-GPG

BRIAN DALE BARNETT,

    Plaintiff,

v.

CITY OF DENVER,
COUNTY OF DENVER, and
STATE OF COLORADO,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED REQUEST TO
PROCEED *IN FORMA PAUPERIS*

---

At the time Plaintiff Brian Dale Barnett initiated the instant action, he was detained at the Denver County Jail. On June 26, 2015, he submitted a Notice of Change of Address indicating he no longer is detained at the Jail but is now located at 23223 Curtis Street, which is the Saint Francis Center, a homeless shelter.

Since it appears that Plaintiff no longer is detained, his continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Plaintiff will be ordered to submit an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). Accordingly, it is

ORDERED that within thirty days from the date of this Order Plaintiff shall submit to the Court an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).  It is

FURTHER ORDERED that the Clerk of the Court shall mail to Plaintiff, together with a copy of this Order, two copies of the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) form used by nonprisoners in submitting requests to proceed pursuant to 28 U.S.C. § 1915.  It is

FURTHER ORDERED that the Clerk of the Court shall mail to Plaintiff a copy of the June 9, 2015 Order to Amend, ECF No. 8 and two copies of the Court-approved Prisoner Complaint form to be used in filing an Amended Prisoner Complaint.  It is

FURTHER ORDERED that if Plaintiff fails to comply with this Order, and with the June 9, 2015 Order to Amend, within thirty days of the date of this Order, the Complaint and action will be dismissed without further notice.

DATED July 16, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge